# THE DUPONT LAW FIRM, LLP

ATTORNEYS AND COUNSELORS AT LAW

1177 HIGH RIDGE ROAD
STAMFORD, CT 06905
(203) 321-2176
FAX: (203) 321-1275

OF COUNSEL
RALPH P. DUPONT

BARBARA J. DUPONT

April 12, 2008

Ms. Nancy Mayer-Whittington, Clerk
United States District Court for
The District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: *1:08 cv 00274 Hegna, et al v. Islamic Revolutionary Guard Corps and Islamic Republic of Iran*

Dear Ms. Mayer-Whittington:

We write as counsel for the Plaintiffs to ask your assistance in effecting service of process under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3) and 1608(b)(3)(B), on the following Defendants: (1) Islamic Revolutionary Guard Corps and (2) The Islamic Republic of Iran, respectively.

The United States does not maintain diplomatic relations with the Defendant, Islamic Republic of Iran, nor can Plaintiffs take advantage of a regular mail or delivery service given the lack of diplomatic relations with Iran.

In such circumstances, pursuant to section 1608(a)(3), "the clerk of the court" is to "address and dispatch " "a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, . . . to the head of the ministry of foreign affairs of the foreign state concerned, . . . ."

Furthermore, in accordance with 28 U.S.C. § 1608(b)(3)(B): "Service in the courts of the United States and of the States shall be made upon an agency or instrumentality of a foreign state: . . .if reasonably calculated to give actual notice, by delivery of a copy of the summons and complaint, together with a translation of each into the official language of the foreign state . . . . by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the agency or instrumentality to be served,"

Accordingly we enclose the following documents in both English and Farsi: two (2) copies of the Complaint (one for each Defendant) and an original summons for each

Defendant (together with accompanying documents). We also enclose a Notice of Suit in English and Farsi for each Defendant. Our check payable to your order is enclosed to cover the cost of the two mailings by registered mail, return receipt requested.

Please mail the process to be served on the Defendants, as follows:

(1)  Islamic Revolutionary Guard Corps,
     a/k/a Iranian Revolutionary Guard Corps
     Mostafa Mohammad Najjar
     Minister of Defense and Armed Forces Logistic
     Ministry of Defense and Armed Forces Logistics
     Pasdaran Avenue
     Tehran, Iran

(2)  Islamic Republic of Iran
     Dr. Manouchehr Mottaki,
     Foreign Minister of the Islamic Republic of Iran
     Foreign Ministry of the Islamic Republic of Iran
     Imam Khomeini SQ
     Tehran, Iran

Thank you for your assistance. Please contact me at 203-321-2176 with any questions.

Very truly yours,

Ralph P. Dupont, Esq.

Enclosures:
a. 2 copies of Complaint (English)
b. 2 copies of Complaint (Farsi]
c. 1 copy of 1-page Summons (English) for the Islamic Republic of Iran
d. 1 copy of 1-page Summons (Farsi) for the Islamic Republic of Iran
e. 1 copy of 1-page Summons (English) for the Islamic Revolutionary Guard Corps
f. 1 copy of 1-page Summons (Farsi) for the Islamic Revolutionary Guard Corps
g. 2 copies of two page Notice of Right to Consent to Trial Before a
   United States Magistrate Judge (English)
h. 2 copies of two-page Notice of Right to Consent to Trial Before a
   United States Magistrate Judge (Farsi)
i. 2 copies of the Notice of Suit (English)
j. 2 copies of the Notice of Suit (Farsi)