# THE DUPONT LAW FIRM, LLP

ATTORNEYS AND COUNSELORS AT LAW

1177 HIGH RIDGE ROAD
STAMFORD, CT 06905
(203) 321-2176
FAX: (203) 321-1275

OF COUNSEL
RALPH P. DUPONT

BARBARA J. DUPONT

July 22, 2008

VIA U.S. MAIL
RETURN RECEIPT REQUESTED

Ms. Nancy Mayer-Whittington, Clerk
Office of the Clerk
United States District Court for
The District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:   *Hegna, et al v. Islamic Revolutionary Guard Corps and the Islamic Republic of Iran*, Civ. No. 1:08-cv-00274 (HHK)

Dear Ms. Mayer-Whittington:

We write as Plaintiffs' counsel in the above-captioned action to ask your assistance in effecting service of process under the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4), individually on each of the following Defendants: (i) Islamic Revolutionary Guard Corps and (ii) Islamic Republic of Iran.

The United States does not maintain diplomatic relations with the Defendant, Islamic Republic of Iran, nor can Plaintiffs take advantage of regular mail or delivery service given the lack of relations with Iran. Consequently, pursuant to section 1608(a)(4), "the clerk of the court" is to address and dispatch "to the attention of the Director of Special Consular Services" at the U.S. Department of State "two copies of the summons and the complaint and notice of suit together with a translation of each in to the official language of the foreign state." Accordingly, four copies of each of these documents (in both English and Farsi), as well as all required accompanying documents, for each Defendant are enclosed herein.

**RECEIVED**

JUL 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

      The Secretary of State will then transmit one copy of the papers "through diplomatic channels" to the foreign state and to any agency or instrumentality thereof. When service has been effected on Defendants, the Secretary of State will send you "a certified copy of the diplomatic note" indicating when and where the civil process to each Defendant was transmitted.

      Please request the Director of Special Consular Services, Chief of Near East and South Asia Division, U. S. Department of State, Office of Overseas Citizen Services, 2201 C Street N.W., Room 4811, Washington, DC 20520 to transmit the enclosed materials to the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps and, once that process is completed, to send you a certified copy of the diplomatic note of transmittal. Upon receipt, please forward to us a copy of that certification for our records.

      Enclosed for your convenience is a stamped pre-addressed envelope addressed to the U.S. Department of State. Thank you for your assistance. Please feel free to contact me at 203-321-2176 or my home office, 914-764-9577, with any questions.

Very respectfully,

Ralph P. Dupont, Esq.

Enclosures - See attached list

### Enclosures

a. 4 copies of the Notice of Suit (English)
b. 4 copies of the Notice of Suit (Farsi)
c. 2 copies of Summons (English) for the Islamic Republic of Iran
d. 2 copies of Summons (Farsi) for the Islamic Republic of Iran.

e. 2 copies of Summons (English) for the Iranian Revolutionary Guard Corps
f. 2 copies of Summons (Farsi) for the Iranian Revolutionary Guard Corps
g. 4 copies of the Complaint (English)
h. 4 copies of the Complaint (Farsi)
i 4 copies of the Initial Electronic Case Filing Order (English)
j. 4 copies of the Initial Electronic Case Filing Order (Farsi)
k. 4 copies of Notice of Right to Consent to Trial Before a United States Magistrate Judge (English)
l. 4 copies Notice of Right to Consent to Trial Before a United States Magistrate Judge (Farsi)
m. 4 copies of the Foreign Sovereign Immunities Act (English only)
n. Stamped envelope pre-addressed to Director, Special Consular Affairs