08-CV 274
HHK

Received
Mail Room

AUG 15 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Director of Special Consular Services
   Chief of Near East and South Asia
   Division, US Department of State
   Office of Overseas Citizen Services
   2201 C Street N.W. Room 4811
   Washington, DC. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _R. Hyles_   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 8/8/08

D. Is delivery address different from item 1?  ☒ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0860 0000 7866 9155

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035