Islamic Republic of Iran
Dr. Manouchehr Mottaki,
Foreign Minister of the Islamic Republic of Iran
Foreign Ministry of the Islamic Republic of Iran
Imam Khomeini SQ
Tehran, Iran





## NOTICE OF SUIT

1. **Title of legal proceeding; full name of court; case or docket number**.

    Edwena R. Hegna as Executor of the Estate of Charles Hegna
    Edwena R. Hegna, Individually
    Steven A. Hegna
    Craig M. Hegna
    Lynn Marie Hegna Moore
    Paul B. Hegna

    Plaintiffs

    vs.

    The Islamic Republic of Iran and
    Islamic Revolutionary Guard Corps a.k.a. AGIR a.k.a. Iranian Revolutionary Guard Corps, et al

    Defendants

    United States District Court for the District of Columbia
    Case No: 1:08 cv 00274
    Judge: Henry H. Kennedy, Jr.

2. **Name of foreign state concerned**:

    The Islamic Republic of Iran

3. **Identity of the other Parties**:

    Islamic Revolutionary Guard Corps a.k.a. AGIR a.k.a. Iranian Revolutionary Guard Corps, et al

## JUDICIAL DOCUMENTS

4. **Nature of documents served**:

    a.   Summons directed to The Islamic Republic of Iran